AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

USA
V
Tracy Angiolillo

**APPEARANCE**

Case Number: 1:07M21A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Tracy Angiolillo

I certify that I am admitted to practice in this court.

22 FEB 07
Date

Signature

FRANK FLANAGAN 4858
Print Name Bar Number

130 Bellevue Ave
~~10 WEYBOSSET STREET~~
Address

Newport ~~PROVIDENCE~~ RI 02840 ~~02903~~
City State Zip Code

849-3040 ~~(401) 528-4281~~ 849-4330 ~~(401) 528-4285~~
Phone Number Fax Number