AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_______________ DISTRICT OF _______________

UNITED STATES OF AMERICA
V.
Tracy Angiolillo

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:07M 21A

I, Tracy Angiolillo, charged in a ☑ complaint ☐ petition pending in this District with _______________ in violation of Title 18, U.S.C., 922(g)(1), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☑ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☑ examination ☐ hearing.

Tracy Angiolillo
*Defendant*

28 FEB 07
*Date*

FRANK FLANAGAN
*Counsel for Defendant*