IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR 07 083 ML |
| | : | |
| v. | : | In Violation Of |
| | : | 18 U.S.C. § 922(g)(1); |
| | : | 21 U.S.C. §§ 841(a)(1) and |
| | : | (b)(1)(C) |
| TRACY D. ANGIOLILLO | : | |

INFORMATION

The United States Attorney charges that:

COUNT 1

On or about February 22, 2007, in the District of Rhode Island, the defendant, TRACY D. ANGIOLILLO, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Bryco .380 caliber semi-automatic pistol, serial number 332861, and a Smith & Wesson, Model 469, 9 millimeter semi-automatic pistol, serial number SNTAB4498, in violation of 18 U.S.C. § 922(g)(1).

COUNT 2

On or about February 22, 2007, in the District of Rhode Island, the defendant, TRACY D. ANGIOLILLO, did knowingly and intentionally distribute 1.15 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

COUNT 3

On or about February 22, 2007, in the District of Rhode Island, the defendant, TRACY D. ANGIOLILLO, did knowingly and intentionally distribute .46 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

Date: 5/16/07