O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
TRACY ANGIOLILLO

WAIVER OF INDICTMENT

CASE NUMBER: CR 07 083ML

I, TRACY ANGIOLILLO, the above named defendant, who is accused of

COUNT 1: Knowingly possessing a firearm, in and affecting commerce, having previously been convicted of a crime punishable by a term of imprisonment in excess of one year, in violation of 18 U.S.C. Section 922(g)(1);

COUNT 2: Knowingly and intentionally distributing a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. Sections 841(a)(1) & (b)(1)(C); and

COUNT 3: Knowingly and intentionally distributing a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. Sections 841(a)(1) & (b)(1)(C);

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 23 MAY 07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Tracy Angiolillo
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer
USMJ