**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CR. No. 07-83ML** |
| **v.** | : | **Violation of Section 924(e)(1) of Title 18, U.S.C., Relating to Information CR No. 07-83ML** |
| **TRACY ANGIOLILLO** | : | |

**INFORMATION CHARGING PRIOR OFFENSES**

I, Robert Clark Corrente, United States Attorney for the District of Rhode Island, do accuse the defendant, TRACY ANGIOLILLO, who was charged by the United States by Information on the 16th day of May 2007 with possession of a firearm after conviction of a crime punishable by imprisonment for a term exceeding one year in violation of 18 U.S.C. § 922(g)(1), of having been previously convicted of violent felony offenses and serious drug offenses as described below:

1. On or about November 13, 1991, TRACY ANGIOLILLO was convicted in Providence County (Rhode Island) Superior Court (case number P2-1991-2807A) of entering a dwelling with the intent to commit a felony, a violent felony offense punishable by imprisonment for a term exceeding one year, and was sentenced to a term of imprisonment of two years, suspended, and was placed on probation for three years.

2. On or about September 5, 1995, TRACY ANGIOLILLO was convicted in Kent County (Rhode Island) Superior Court (case number K2-1995-0678A) of manufacture or delivery of a schedule I or II controlled substance, a serious drug offense punishable by imprisonment for a term exceeding ten years, and was sentenced to a term of imprisonment of ten years, with two years to serve and eight years suspended, and was placed on probation for eight years.

3. On August 28, 2003, TRACY ANGIOLILLO was convicted in Kent County (Rhode Island) Superior Court (case number K2-2003-0476A) of manufacture or delivery of a schedule I or II controlled substance, a serious drug offense punishable by imprisonment for a term exceeding ten years, and was sentenced to a term of imprisonment of five years, with eighteen months to serve and forty-two months suspended, and was placed on probation for forty-two months.

WHEREFORE, the United States of America gives notice under 18 U.S.C. § 924(e)(1) that defendant TRACY ANGIOLILLO has three previous convictions for violent felony and serious drug offenses and therefore is subject to a fine of not more than two hundred fifty thousand dollars ($250,000) and a term of imprisonment of not less than (15) years, and such sentence shall not be suspended.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha

PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

May 25, 2007

## Certificate of Service

I hereby certify that on the 25th day of May, 2007, a copy of the within "Information Charging Prior Convictions" was served by the electronic filing system on Francis J. Flanagan, Esq., Sayer, Regan, Thayer & Flanagan, 130 Bellevue Avenue Suite 2, Newport, RI 02840.

/s/ Peter F. Neronha

PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov