OVIDENCE, Sc. SUPERIOR COURT

State of Rhode Island :

vs. : CASE NO. P2912807A

Tracy Angiolillo :

## JUDGMENT OF CONVICTION AND COMMITMENT

On this 13th day of November, 1991, came the attorney for the State, Stone, and the defendant who appeared in person and by counsel, namely R. rro, before SHEEHAN, J.

IT IS ADJUDGED that the defendant has been convicted upon a PLEA NOLO CONTENDERE of the offense(s) of

COUNT 1 Entering an apartment with intent to commit larceny

charged in the INFORMATION; and the Court having asked the defendant ether s/he has anything to say why judgment should not be pronounced, and no ficient cause to the contrary being shown or appearing to the Court,

IT IS ADJUDGED that the defendant IS GUILTY as charged and victed.

IT IS ADJUDGED that the defendant is hereby committed to the stody of the Proper Authority of the Adult Correctional Institutions for a iod of 2 years, sentence is suspended, probation for 3 years.. Costs of 0.00 assessed under § 12-25-12 and Costs of $300.00 assessed under 2-18.1-3 to be paid in full.

E COPY
EST Linda B. Parsons
Clerk

Sheehan
Justice, Superior Court

11/13/91
Date

STATE OF RHODE ISLAND SUPREME COURT JUDICIAL ... CENTER
I hereby ... is an ex... of the orig... R.I. Supreme Cou... ...ment ...roduction ...file in the ...ords Center
CMC
Signature
2-20-07
Date

07 (11/88) dat

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

KENT , Sc. SUPERIOR COURT

State of Rhode Island

vs. CASE NO. K2950678A

TRACY ANGIOLLO

JUDGMENT OF CONVICTION
AND COMMITMENT

On this date, 09-05-95 came the attorney for the State, HOULIHAN and the defendant who appeared in person and by counsel, namely ROBERT E CRAVEN before Judge CLIFTON .

IT IS ADJUDGED that the defendant upon a PLEA of NOLO CONTENDERE of the offense(s) of:

COUNT 001 MANU/DELIVER SCH I/II CNTRL SUBS

| | | |
|---|---|---|
| FULL SENTENCE | 10 Year(s) | |
| TERM TO SERVE | 2 Year(s) | CNCRT W/SENT SERVING<br>Effective Date 06-30-95 |
| SUSPENDED | 8 Year(s) | |
| PROBATION | 8 Year(s) | TO COMENC ON RELEASE |

DRUG EDUCATION FUND
Amount $400.00

INDEMNITY FUND
Amount $200.00

PROBATION FUND
Amount $600.00

COUNT 002 MANU/DELIVER SCH I/II CNTRL SUBS

| | | |
|---|---|---|
| FULL SENTENCE | 10 Year(s) | |
| TERM TO SERVE | 2 Year(s) | CNCRT W/SENT SERVING<br>Effective Date 06-30-95 |
| SUSPENDED | 8 Year(s) | |

STATE OF R
SUPREME
JUDICIAL ENTER

I here
is
duction
Center

2-20-07
Date

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

KENT , Sc.                                                  SUPERIOR COURT

State of Rhode Island

vs.                                                  CASE NO. K2950678A

TRACY ANGIOLLO

PROBATION          8 Year(s)          TO COMENC ON RELEASE

as charged in the COMPLAINT and the COURT having asked the defendant whether he/she has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the COURT,

IT IS ADJUDGED that the defendant IS GUILTY as charged and convicted.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment to the Proper Authority of the Adult Correctional Institutions and that the copy serve as the commitment of the defendant.

TRUE COPY ATTEST [signature]
Asst CLERK

[signature]
JUSTICE, SUPERIOR COURT

09-05-95
DATE KFM

STATE OF RHODE ISLAND
SUPREME COURT
JUDICIAL RECORDS CENTER
I hereby certify that this document is an exact reproduction of the original on file in the R.I. Supreme Court Records Center
2-20-07
Signature Date

S  te of Rhode Island and Providence Pl  tations

Kent Superior Court

State of Rhode Island vs Tracy D Angiolillo

Case No: K2-2003-0476A

JUDGMENT OF CONVICTION AND COMMITMENT

On the date(s) below came the attorney for the State and the defendant, who appeared in person and by counsel, before the justice of the Superior Court named below.

Prosecutor: Paul A. Carnes
Defense Attorney(s): Michael J. Pisaturo

**IT IS ADJUDGED** that the defendant, having entered a plea or having been found guilty as charged of the offense(s):

Count 1: Man/Del/Poss W/Int Sch I/Ii, Plea Of Nolo Contendere, Sentenced By Judge Nugent, 28-Aug-2003

Full Sentence 5 Years
Term To Serve 18 Months retro to 7/11/03
Suspended 42 Months
Probation 42 Months In-patient drug treatment program
Total Assessments $1936.00

Count 2: Man/Sel/Pos W/Int Large Q Lsd, Nolo Plea To Amended Charge, Sentenced By Judge Nugent, 28-Aug-2003

Full Sentence 5 Years
Term To Serve 18 Months concurrent, retro to 7/11/03
Suspended 42 Months
Probation 42 Months concurrent

and the Court, having asked the defendant whether he/she has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court,

**IT IS ADJUDGED** that the defendant is guilty as charged and convicted.

**IT IS ADJUDGED** that the defendant is hereby committed to the custody of the warden of the Adult Correctional Institutions for the period stated above.

True Copy Attest ... of Superior Court ... County of Kent ... Rhode Island

**IF CONVICTED AFTER TRIAL,** the defendant has been advised of his/her right to appeal within twenty (20) days to the Supreme Court and of his/her right, if unable to pay the cost of an appeal, to apply for leave to be represented on appeal by the public defender or to appeal in forma pauperis.

**IT IS ORDERED** that the Clerk deliver a certified copy of this judgment to the proper authority of the Adult Correctional Institutions and that the copy serve as the commitment of the defendant.

TRUE COPY ATTEST

Rita J. Levesque Deputy Clerk

Clerk

Justice, Superior Court

8-29-03

Date

True Copy Attest

Superior Court

State of Rhode Island