**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR No. 07-83ML** |
| | : | |
| **TRACY ANGIOLILLO** | : | |

**GOVERNMENT'S MOTION TO GRANT DEFENDANT A THREE LEVEL DECREASE IN OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Peter F. Neronha, Assistant United States Attorney, hereby moves the Court to grant the defendant a three level decrease in offense level for acceptance of responsibility, provided the Court determines the defendant's offense level to be level 16 or greater.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha

PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

Dated: July 9, 2007

## Certificate of Service

I hereby certify that on the 9th day of July, 2007, I caused a copy of the within "Government's Motion To Grant Defendant A Three Level Decrease In Offense Level For Acceptance Of Responsibility" to be served by way of the Electronic Case Filing system upon Francis J. Flanagan, Esq., Sayer, Regan, Thayer & Flanagan, 130 Bellevue Avenue Suite 2, Newport, RI 02840, counsel for the defendant.

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov