UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR NO. 07-83-ML |
| vs. | : | |
| TRACY D. ANGIOLILLO,<br>Defendant | : | |

MOTION FOR CONTINUANCE

Now comes the Defendant, Tracy D. Angiolillo, through his attorney in the above-referenced matter, and hereby requests that the Sentencing date of September 28, 2007 be continued to a later date so that Counsel may have additional time to prepare. Defense Counsel has discussed this Continuance Request with the Assistant United States Attorney in charge of the prosecution and he has stated that he assents to this continuance.

WHEREFORE, Defendant requests that his motion be granted.

GRANTED
Mary M. Lisi
Mary M. Lisi 9/26/07
U.S.D.J.

TRACY D. ANGIOLILLO
By His Attorneys

/s/ Francis J. Flanagan

Francis J. Flanagan (#4858)
SAYER, REGAN, THAYER & FLANAGAN
130 Bellevue Avenue, Unit 2
Newport, Rhode Island 02840
(401) 849-3040

Date: September 26, 2007